

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RONALD SATISH EMRIT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-00108 (UNA) |
| ) | |
| GEORGE SOROS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and motion for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* motion [2] and the complaint [1] will be dismissed without prejudice.

The instant complaint is substantially similar, if not identical, to another filed by plaintiff in a recent lawsuit, *see Emrit v. Soros, et al.*, No. 19-cv-00101 (UNA) (D.D.C. entered Jan. 18, 2019), and this matter will be dismissed as duplicative.

An Order is issued separately.

United States District Judge

Date: January 28, 2019